**UNITED STATES DISTRICT COURT**
**NORTHERN DIVISION**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **YONAS BOKREDINGH,** | ) | **CASE NO. 1:26-cv-969** |
| **Plaintiff** | ) | **JUDGE Patricia A. Gaughan** |
| **vs.** | ) | |
| **UNITED STATES OF AMERICA, et al.,** | ) | **<u>ANSWER OF DANIEL LAJACK TO CROSS-CLAIM FILED BY DONALD KOPCHAK</u>** |
| **Defendants** | ) | |

Daniel Lajack, a defendant ("Mr. Lajack") respectfully submits the following as his Answer to Defendant/cross-Complainant Donald Kopchak's Cross-Claim:

## COUNT I - FRAUD

1. Denies the allegations in Paragraph 1 for lack of sufficient knowledge.
2. Denies the allegations in Paragraph 2 for lack of sufficient knowledge.
3. Denies the allegations in Paragraph 3 for lack of sufficient knowledge.
4. Denies the allegations in Paragraph 4.
5. Denies the allegations in Paragraph 5 for lack of sufficient knowledge.
6. Denies the allegations in Paragraph 6.
7. Denies the allegations in Paragraph 7 for lack of sufficient knowledge.
8. Denies the allegations in Paragraph 8 for lack of sufficient knowledge.
9. Denies the allegations in Paragraph 9 for lack of sufficient knowledge.
10. Denies the allegations in Paragraph 10 for lack of sufficient knowledge.
11. Denies the allegations in Paragraph 11 for lack of sufficient knowledge.
12. Denies the allegations in Paragraph 12 for lack of sufficient knowledge.
13. Denies the allegations in Paragraph 13 for lack of sufficient knowledge.
14. Denies the allegations in Paragraph 14 for lack of sufficient knowledge.

15. Denies the allegations in Paragraph 15 for lack of sufficient knowledge.

16. Denies the allegations in Paragraph 16 for lack of sufficient knowledge.

17. Denies the allegations in Paragraph 17 for lack of sufficient knowledge.

18. Denies the allegations in Paragraph 18 for lack of sufficient knowledge.

19. Denies the allegations in Paragraph 19 for lack of sufficient knowledge.

20. Denies the allegations in Paragraph 20 for lack of sufficient knowledge.

21. Denies the allegations in Paragraph 21 for lack of sufficient knowledge.

22. Denies the allegations in Paragraph 22 for lack of sufficient knowledge.

23. Denies the allegations in Paragraph 23 for lack of sufficient knowledge.

24. Denies the allegations in Paragraph 24 for lack of sufficient knowledge.

25. Denies the allegations in Paragraph 25 for lack of sufficient knowledge.

26. Denies the allegations in Paragraph 26 for lack of sufficient knowledge.

27. Denies the allegations in Paragraph 27 for lack of sufficient knowledge.

28. Denies the allegations in Paragraph 28 for lack of sufficient knowledge.

29. Denies the allegations in Paragraph 29 for lack of sufficient knowledge.

30. Denies the allegations in Paragraph 30 for lack of sufficient knowledge.

31. Denies the allegations in Paragraph 31 for lack of sufficient knowledge.

32. Denies the allegations in Paragraph 32 for lack of sufficient knowledge.

33. Denies the allegations in Paragraph 33 for lack of suffi3cient knowledge.

34. Denies the allegations in Paragraph 34 for lack of sufficient knowledge.

35. Denies the allegations in Paragraph 35 for lack of sufficient knowledge.

36. Denies the allegations in Paragraph 36 for lack of sufficient knowledge.

37. Denies the allegations in Paragraph 37 for lack of sufficient knowledge.

38. Denies the allegations in Paragraph 38 for lack of sufficient knowledge.

39. Denies the allegations in Paragraph 39 for lack of sufficient knowledge.

40. Denies the allegations in Paragraph 40 for lack of sufficient knowledge.

41. Denies the allegations in Paragraph 41.

42. Denies the allegations in Paragraph 42.

## AFFIRMATIVE DEFENSES

1. Defendant's cross-claim fails to state a claim upon which relief can be granted.

2. Defendant's cross-claims are barred by the doctrine of estoppel.

3. Defendant's cross-claims are barred by the doctrine of waiver.

4. Defendant's cross-claims are barred by the doctrine of unclean hands.

5. Defendant's cross-claims are barred by the doctrine of bad faith.

6. Defendant's cross-claims are barred by the doctrine of assumption of risk.

7. Defendant's cross- claims are barred by the doctrine of contributory negligence.

8. Defendant's cross-claims are barred by the doctrine of statute of limitations.

9. Defendant's cross-claims are barred by the doctrine of frud.

10. Defendant reserves the right to assert any other appropriate Affirmative Defenses subsequently discovered.

WHEREFORE, Daniel Lajack respectfully requests Defendant's, Donald Kopchak's, cross-claim be dismissed at his cost, and he be awarded attorney's fees and any other appropriate relief.

Respectfully submitted,

JONATHAN P. BLAKELY, ESQ.

/s/ Jonathan P. Blakely________________
JONATHAN P. BLAKELY (# 0042550)
P. O. Box 217
Middlefield, OH 44062
(440) 339-1201
888-900-9141 Fax
jblakelylaw@windstream.net
*Attorney for Daniel Lajack*

**CERTIFICATE OF SERVICE**

A copy of this Answer was served through the Court's efiling system on September 15 2026, by the Court's efiling system upon all parties of record:

/s/ Jonathan P. Blakely_________________
Jonathan P. Blakely, Esq.